**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason Ayala** | Social Security number or ITIN  **xxx–xx–9027** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jenny M. Gomez–Ayala** | Social Security number or ITIN  **xxx–xx–5784** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **15–30961–CMG**

---

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason Ayala                                              Jenny M. Gomez–Ayala
                                                          aka Jenny M. Gomez Duarte

2/11/16                                                  **By the court:**   Christine M. Gravelle
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                           **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 15-30961-CMG
Jason Ayala                                                      Chapter 7
Jenny M. Gomez-Ayala
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2         Date Rcvd: Feb 11, 2016
                             Form ID: 318             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2016.
db             #+Jason Ayala,    111-123 Bath Avenue Apt 60,    Long Branch, NJ 07740-6356
jdb             +Jenny M. Gomez-Ayala,    111-123 Bath Avenue Apt 60,    Long Branch, NJ 07740-6356
515837843       +Alma Garay,    Monmouth Probation Division,    Child Support Enforcement,    PO Box 1259,
                  Freehold, NJ 07728-1259
515837844       +Amity Associates,    PO Box 123,   Mount Freedom, NJ 07970-0123
515837845       +Anesthebest LLC,    20 Cambridge Dr A,   Matawan, NJ 07747-2256
515837847       +Banco Popular,    85 Broad Street,   New York, NY 10004-2795
515837850       +Cecilia Urrea,    Monmouth Probation Division,    Child Support Enforcement,    PO Box 1259,
                  Freehold, NJ 07728-1259
515837851       +Child Support Enforcement,    PO Box 960,   Trenton, NJ 08625-0960
515837853       +ClearSpring Loan Services,    18451 N Dallas Parkway 100,    Dallas, TX 75287-5209
515837855       +Con Edison,    Consolidated Edison Company of New York,    PO Box 138,    New York, NY 10276-0138
515837856       +Enhanced Recovery Company,    PO Box 57547,   Jacksonville, FL 32241-7547
515837860       +Jersey Shore Neurology Associates,    1900 Corlies Av,    Neptune, NJ 07753-4800
515837861       +Magellan Rx Pharmacy LLC,    PO Box 785456,   Philadelphia, PA 19178-5456
515837862       +Midland Funding LLC,    Forster Garbus & Garbus Esqs,    7 Banta Place,
                  Hackensack, NJ 07601-5604
515837864       +Miraca Life Sciences,    PO Box 841830,   Dallas, TX 75284-1830
515837865       +Monmouth County Probation Dept,    PO Box 1259,   Freehold, NJ 07728-1259
515837867       +New York State,    Department of Motor Vehicles,    696 East Fordham Rd,    Bronx, NY 10458-5022
515837870       +Quest Diagnostics,    PO Box 740985,   Cincinnati, OH 45274-0985
515837869       +Quest Diagnostics,    AMCA,   PO Box 1235,   Elmsford, NY 10523-0935
515837871       +Reproductive Science Center of NJ,    234 Industrial Way West A104,    Eatontown, NJ 07724-4257
515837872       +Seaview Orthopaedic & Medical Associates,    1200 Eagle Av,    Ocean, NJ 07712-7631
515837873       +Shrewsbury Diagnostic Imaging,    Remex,   PO Box 765,   Rocky Hill, NJ 08553-0765
515837874       +Sprint,    Convergent Outsourcing,   PO Box 1022,    Wixom, MI 48393-1022
515837877       +Toms River Ambulatory Anesthesia,    PO Box 188,   Little Silver, NJ 07739-0188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: leah.bynon@usdoj.gov Feb 12 2016 00:03:52      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 12 2016 00:03:49       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 12 2016 00:37:47
                  Capital One Auto Finance,    PO Box 201347,   Arlington, TX 76006-1347
515837846      +Fax: 866-513-1948 Feb 12 2016 00:05:12      Banco Popular,    7 West 51st Street,
                  New York, NY 10019-6910
515837848      +EDI: BANKAMER.COM Feb 11 2016 23:43:00      Bank of America,    PO Box 15019,
                  Wilmington, DE 19886-5019
515906444      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 12 2016 00:37:40
                  Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                  Arlington, TX 76006-1347
515837849      +EDI: CAPONEAUTO.COM Feb 11 2016 23:43:00      Capital One Auto Finance,    PO Box 93016,
                  Long Beach, CA 90809-3016
515837849      +E-mail/Text: coafinternalbkteam@capitaloneauto.com Feb 12 2016 00:04:55
                  Capital One Auto Finance,    PO Box 93016,   Long Beach, CA 90809-3016
515837852      +EDI: CITICORP.COM Feb 11 2016 23:43:00      Citibank,    PO Box 6497,
                  Sioux Falls, SD 57117-6497
515837854      +EDI: WFNNB.COM Feb 11 2016 23:43:00      Comenity Capital DVDSBR,    PO Box 182120,
                  Columbus, OH 43218-2120
515837858      +EDI: IRS.COM Feb 11 2016 23:43:00      Internal Revenue Service,
                  Special Procedures Bankruptcy Section,    PO Box 7346,   Philadelphia, PA 19101-7346
515837859      +E-mail/Text: ebnsterling@weltman.com Feb 12 2016 00:03:40       Jared Galleria of Jewelry,
                  PO Box 740425,    Cincinnati, OH 45274-0425
515837863      +EDI: MID8.COM Feb 11 2016 23:43:00      Midland Funding LLC,    8875 Aero Dr 200,
                  San Diego, CA 92123-2255
515837866      +EDI: NAVIENTFKASMSERV.COM Feb 11 2016 23:43:00       Navient,   PO Box 9640,
                  Wilkes Barre, PA 18773-9640
515837868       EDI: PRA.COM Feb 11 2016 23:43:00      Portfolio Recovery Associates,    PO Box 12914,
                  Norfolk, VA 23541
515837875       EDI: NEXTEL.COM Feb 11 2016 23:43:00      Sprint,    PO Box 4191,   Carol Stream, IL 60197
515837876      +E-mail/Text: ebnsterling@weltman.com Feb 12 2016 00:03:41       Sterling Inc,    375 Ghent Rd,
                  Fairlawn, OH 44333-4600
515837878      +E-mail/Text: bankruptcydepartment@tsico.com Feb 12 2016 00:04:47       Transworld Sys Inc,
                  PO Box 17205,    Wilmington, DE 19850-7205
                                                                                              TOTAL: 18
```

```
District/off: 0312-3            User: admin                  Page 2 of 2                  Date Rcvd: Feb 11, 2016
                                Form ID: 318                 Total Noticed: 41
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515837857*     +Enhanced Recovery Corp,   PO Box 57547,   Jacksonville, FL 32241-7547
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2016 at the address(es) listed below:
             Andrea   Dobin    ecftrusteead@trenklawfirm.com,   NJ55@ecfcbis.com
             Joseph I. Windman    on behalf of Joint Debtor Jenny M. Gomez-Ayala jwindman@aol.com
             Joseph I. Windman    on behalf of Debtor Jason  Ayala jwindman@aol.com
                                                                                             TOTAL: 3
```